**Mahfouz El SHAHAWY, M.D., etc. et al., Plaintiffs-Appellants,**

**v.**

**William T. HARRISON, Jr., etc. et al., Defendants-Appellees.**

No. 83–3650.

United States Court of Appeals, Eleventh Circuit.

March 11, 1986.

Guy B. Bailey, Jr., Jesse C. Jones, Miami, Fla., for Shahawy.

---

Mary A. Lau, Tampa, Fla., James H. Burgess, Jr., Sarasota, Fla., for Floyd, Rand, French, Tollerton & The Sarasota County Public Hosp. Bd., Harrison, Mathews, Bowman.

Frank E. Strelec, Claire L. Hamner, Sarasota, Fla., Robert R. Feagin, Tallahassee, Fla., for Rushton, Carlson, Page, Sarkis, Silverstein, Stutz, Natarjan, Bowman, Mathews, Meyers, Delmastro, Chidsey & Fieegler.

Before HATCHETT and CLARK, Circuit Judges, and STAFFORD *, District Judge.

BY THE COURT:

The court, on its own motion, noting an error in the advance sheet copy of this case, 778 F.2d 636 (11th Cir.1985), now orders:

That on page 640, right hand column, three lines below the quotation, appears the sentence which reads "We agree." That sentence is changed to read "We disagree." ** In all other respects, the opinion remains unchanged. No petition for rehearing will be considered.

---

\* Honorable William H. Stafford, Jr., Chief U.S. District Judge for the Northern District of Florida, sitting by designation.

\*\* *Ed. Note:* This change was made for the bound volume publication of 778 F.2d 636.